

**Jill BROWN, Warden,\* Respondent–Appellee.**

No. 03–99007.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 9, 2005.

Filed Sept. 21, 2005.

Amended Dec. 8, 2005.

Trevor W. Morrison and John H. Blume, Cornell Law School, Ithaca, NY, for the petitioner-appellant.

David F. Glassman, Deputy Attorney General, Los Angeles, CA, for the respondent-appellee.

Before B. FLETCHER, RYMER, and FISHER, Circuit Judges.

### ORDER

The majority opinion filed September 21, 2005, is amended as follows:

Page 13519, line 6: delete sentence beginning with "Indeed, Sims submitted no evidence . . . ."

With this amendment, the majority of the panel votes to deny the petition for rehearing. Judges Rymer and Fisher vote to deny the petition for rehearing en banc. Judge B. Fletcher would grant the panel rehearing and recommends en banc rehearing.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested on wheth-er to rehear the matter en banc. Fed. R.App. P. 35.

The petition for rehearing and petition for rehearing en banc are DENIED.

---

**UNITED STATES of America, Plaintiff–Appellant,**

v.

**John Gilbert OGLES, Defendant–Appellee.**

**United States of America, Plaintiff–Appellee,**

v.

**John Gilbert Ogles, Defendant–Appellant.**

Nos. 03–10439, 04–10069.

United States Court of Appeals, Ninth Circuit.

Nov. 16, 2005.

Maria Davila, Esq., USTU–Office of the U.S. Attorney Evo A. Deconcini, Tucson, AZ, Michael Rotker, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellant.

Richard E. Gardiner, Fairfax, VA, for Defendant–Appellee.

Before SCHROEDER, Chief Judge.

---

\* Jill Brown is substituted for her predecessor, Jeanne Woodford, pursuant to Fed. R. App. P. 43(c)(2).

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

■

**Michael Wayne RIGGS, Petitioner–Appellant,**

v.

**J.W. FAIRMAN, Jr., Warden, Respondent–Appellee.**

No. 02–55185.

United States Court of Appeals, Ninth Circuit.

Nov. 30, 2005.

Donald M. Falk, Esq., Mayer, Brown, Rowe & Maw, LLP, Palo Alto, CA, for Petitioner–Appellant.

Craig S. Nelson, Esq., Kyle N. Shaffer, AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: SCHROEDER, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

■

**Victoria TCHOUKHROVA; Dmitri Tchoukhrov; Evgueni Tchoukhrov, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General; Tom Ridge, Secretary of Homeland Security, Respondents.**

No. 03–71129.

United States Court of Appeals, Ninth Circuit.

Dec. 5, 2005.

Jonathan D. Montag, Esq., Law Offices of Jonathan D. Montag the Chamber Building, San Diego, CA, for petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, William Campbell Erb, Jr., Attorney, Mark C. Walters, Esq., Frances M. McLaughlin, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for respondents.

Before REINHARDT, TASHIMA, and WARDLAW, Circuit Judges.